■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LOMBARDO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed February 1, 1979. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Suozzi, Martuscello and Mangano, JJ., concur.